# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

OFFICE OF DISCIPLINARY COUNSEL,    : No. 1 EM 2015
:
Respondent                  :
:
:
:
v.                      :
:
:
:
ALLEN L. FEINGOLD,                 :
:
Petitioner                :

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of April, 2015, the Petition for Review is **DISMISSED AS UNTIMELY**.